UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Clifford K. Broschinsky aka Cliff Broschinsky,<br><br>Defendant(s). | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>**CV 08 0738**<br><br>**MAG** |

TO: (Name and Address of Defendant)

Clifford K. Broschinsky aka Cliff Broschinsky
249 San Ramon Valley Rd. Ste 4
San Ramon, CA 94583

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING                         1-31-08
CLERK                                      DATE

GLORIA ACEVEDO

BY DEPUTY CLERK