1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3  **Fax (510) 747-1640**
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff,
5  United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )    Case No. CV 08 0738 MAG
11                                   )
                  Plaintiff,         )
12                                   )
                                     )    **NOTICE OF ENTRY OF JUDGMENT**
13                                   )
         v.                          )
14                                   )
   CLIFFORD K. BROSCHINSKY AKA       )
15 CLIFF BROSCHINSKY                 )
                                     )
16                Defendant.         )
   _____ )
17

18       TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

19       NOTICE IS HEREBY GIVEN that judgment in the above-entitled matter has been

20 entered; a copy of the judgment is attached hereto and made a part hereof.

21

22

23 Dated: April 10, 2008                        _____S/S_____
                                                Michael Cosentino
24                                              Attorney for Plaintiff,
                                                United States of America
25

26

27

28

## **PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is P.O. Box 129, Alameda, California, 94501.  On April 10, 2008, I served the **NOTICE OF ENTRY OF JUDGMENT** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office Box in Alameda, California, addressed as follows:

DAVID I. KATZEN
ATTORNEY AT LAW
1981 N. Broadway, Suite #340
Walnut Creek, CA 94596-8218

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008,  in Alameda, California.

_____S/S_____
MICHAEL COSENTINO, COUNSEL FOR
THE UNITED STATES

1  MICHAEL COSENTINO, SBN 83253
   ATTORNEY AT LAW
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff,
   United States of America

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA         )  NO. CV 08 0738 MAG
                                    )
12              Plaintiff,          )
                                    )  CONSENT JUDGMENT
13       v.                         )
                                    )
14 Clifford K. Broschinsky aka Cliff Broschinsky, )
                                    )
15              Defendant.          )
                                    )
16

17       The above entitled Plaintiff having filed its complaint herein, and the above entitled

18 defendant having consented to the making and entry of this final judgment without trial,

19 hereby agree as follows:

20       1. This Court has jurisdiction over the subject matter of this litigation and over the

21 parties to the Consent Judgment. The Complaint herein states a claim upon which relief

22 can be granted. The defendant hereby acknowledges and accepts service of the

23 complaint filed herein.

24       2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

25 hereby voluntarily waive their rights to proceed before a judge of the United States District

26 Court and consent to have a United States magistrate judge conduct any and all further

27 proceedings in the case, including trial, and order the entry of a final judgment. It is

28 understood that any appeal from a judgment entered by a magistrate judge will be taken

1  directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
2  an appeal from any other judgment of a District Court.
3      3. Judgment shall be in favor of Plaintiff, United States of America and against
4  defendant, Clifford K. Broschinsky aka Cliff Broschinsky, in the sum of $38,724.19
5  consisting of $19,695.20 in principal, $19,028.99 interest to March 11, 2008, CIF costs
6  of $0.00, court costs of $0.00 and attorney's fees of $0.00, plus interest at the rate of
7  8.000% per annum ($4.31 per day) on principal in the amount of $19,695.20 from March
8  11, 2008, up to the date of entry of the within Consent Judgment, less any sums tendered
9  toward satisfaction of the obligation during said time period.
10     4. This consent judgment shall bear interest pursuant to the provisions of 28
11 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
12 interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
13 until paid in full.
14     5. <u>Judgment debtor is currently unable to make payment; at any time the judgment
15 debtor may tender to the United States of America, a check payable to the U.S.
16 Department of Justice mailed to,</u>
17 U. S. Department of Justice
   Nationwide Central Intake Facility
18 P. O. Box 70932
   Charlotte, NC 28272-0932
19
20 <u>until the account is paid in full.</u>
21     (a) Each said payment shall be applied first to the payment of interest accrued to
22 the date of receipt of said payment, and the balance, if any, to the principal;
23     (b) The judgment debtor shall submit financial data to the plaintiff as specified by
24 plaintiff on the anniversary date of this judgment for each year this judgment remains
25 unpaid; and
26     (c) Plaintiff reserves the right to evaluate the updated financial data and adjust the
27 periodic payment rate accordingly, or to demand a lump sum payment if warranted by the
28 judgment debtor's financial circumstances, subject to Court approval.

6. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

7. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the judgment debtor.

8. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

9. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

Dated: March 11, 2008

MICHAEL COSENTINO
Attorney for Plaintiff,
United States of America

Dated: March 11, 2008

DAVID I. KATZEN,
Attorney for Defendant,
Clifford K. Broschinsky aka Cliff Broschinsky

Dated: March 20, 2008                                            3/20/08

Clifford K. Broschinsky aka Cliff Broschinsky

APPROVED AND SO ORDERED THIS __3rd__ DAY OF __April__, 2008,
The Clerk of the Court is DIRECTED to close the file in this action.

IT IS SO ORDERED
Judge Edward M. Chen

Consent Judgment; USDC Case Number 08 0738 MAG; U.S. v. Broschinsky
Page 3