**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):
[X] Recording requested by and return to:
Michael Cosentino, SBN 83253
Law Office of Michael Cosentino
P.O. Box 129
Alameda, CA 94501
TELEPHONE NO: (510) 523-4702
[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

FOR RECORDER'S USE ONLY

NAME OF COURT: U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
PHONE NUMBER:

PLAINTIFF: UNITED STATES OF AMERICA

DEFENDANT: CLIFFORD K. BROSCHINSKY

CASE NUMBER: CV 08 0738 MAG

## ABSTRACT OF JUDGMENT

1. The [X] judgment creditor [ ] assignee of record applied for an abstract of judgment and represents the following:

   a. Judgment debtor's Name and last known address

   CLIFFORD K. BROCHINSKY
   249 SAN RAMON VALLEY RD. STE 4
   SAN RAMON, CA 94583

   b. Driver's license no. & state: _____ [X] Unknown
   c. Social Security no.: LAST FOUR 6397  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   CLIFFORD K. BROCHINSKY 249 SAN RAMON VALLEY RD., STE 4 SAN RAMON

   e. [ ] Additional judgment debtors are shown on reverse.
   Date: APRIL 17, 2008

   Michael Cosentino
   (TYPE OR PRINT NAME)

   [signature]
   (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor (name):
   UNITED STATES OF AMERICA
   whose address appears on this form above the court's name.

4. Judgment debtor (full name as it appears in judgment):
   CLIFFORD K. BROSCHINSKY  aka CLIFF BROSCHINSKY

5. a. Judgment entered on (date:) APRIL 3, 2008
   b. Renewal entered on (date:)
   c. Renewal entered on (date:)

6. Total amount of judgment as entered or last renewed:
   $ 38,724.19

7. [ ] An [ ] execution [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. [X] has not been ordered by the court
   b. [ ] been ordered by the court effective until (date):

9. [ ] This judgment is an installment judgment.

RICHARD W. WIEKING

GLORIA ACEVEDO
Clerk, by _____, Deputy

Date Issued  MAY 8 2008

| PLAINTIFF: **UNITED STATES OF AMERICA** | CASE NUMBER: **CV 08 0738 MAG** |
|---|---|
| DEFENDANT: **CLIFFORD K. BROSCHINSKY** | |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license no. & state: _____ ☐ Unknown
Social Security no.: _____ ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on attachment 18.

ABSTRACT OF JUDGMENT
-2-